**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Pursuant to the Order entered on September 26, 2024, by the Hon. LaShonda A. Hunt, case 24 CV 8991, *Bill Wagner & Son, Inc. v. Atkore Inc. et al.,* be consolidated, pursuant to Local Rule 40.4; and

The Hon. John F. Kness is currently assigned 24 CV 8991, *Bill Wagner & Son, Inc. v. Atkore Inc.* et al; therefore

It is hereby ordered that 24 CV 8991, *Bill Wagner & Son, Inc. v. Atkore Inc.* et al., be reassigned to Judge Hunt; and

It is further ordered that 24 CV 8991, *Bill Wagner & Son, Inc. v. Atkore Inc. et al*., be filed in 24 CV 7639, IN RE: PVC PIPE ANTITRUST LITIGATION, until further order of the Hon. LaShonda A. Hunt; and

It is further ordered that the Clerk shall administratively close 24 CV 8991, *Bill Wagner & Son, Inc. v. Atkore Inc. et al.*

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 2nd day of October, 2024